IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE MARIE MAST, : | |
| SPOUSE OF EDWARD JOHN MAST and : | |
| EXECUTRIX OF HIS ESTATE, : | CIVIL ACTION |
| Plaintiff, : | |
| : | No. 13-4161 |
| v. : | |
| : | |
| LAFAYETTE COLLEGE et al., : | |
| Defendants. : | |

## ORDER

This 30th day of January, 2015, upon consideration of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, Plaintiff's Response, Defendants' Reply, and oral argument on the motion held on January 26, 2015, it is **ORDERED** that Defendants' Motion is **GRANTED** and Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall close this case for statistical purposes.

                                                                              /s/ Gerald Austin McHugh
                                                          United States District Court Judge